## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## ERIC CHRISTOPHER MILLS,
aka Erick Christopher Mills,
*Defendant-Appellant.*

Multnomah County Circuit Court
040431756; A127453

208 P3d 980

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, Criminal Appeals, for petition.

Before Brewer, Chief Judge, and Landau, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

The state petitions for reconsideration. In *State v. Mills*, 219 Or App 225, 182 P3d 889 (2008), we granted defendant's petition for reconsideration, vacated our prior decision, *State v. Mills*, 215 Or App 112, 168 P3d 338 (2007), and remanded for resentencing in light of *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007). *Ice*, however, subsequently was reversed. *Oregon v. Ice*, 555 US ____ , 129 S Ct 711, 172 L Ed 2d 517 (2009). The state now argues that, in light of *Ice*, our remand for resentencing was erroneous. The state is correct that the case is controlled by the United States Supreme Court's decision in *Ice*. Accordingly, on reconsideration, we withdraw our former opinion and affirm.

Reconsideration allowed; former opinion withdrawn; affirmed.